# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:08-cr-24-Orl-28KRS

**GERARDO GAMA-AYALA**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Robert Bodnar, Jr. |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Peter Warren Kenny |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Angela Harris-Butler |
| **DATE/TIME:** | June 20, 2008 9:40-10:05 a.m. | **INTERPRETER:** | Vanessa Wangenknecht |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on counts One, Two, and Three of the Indictment.

IMPRISONMENT:    117 Months; 57 months on each of Counts One and Three and 60 months on Count Two to run consecutive to the term imposed in Counts One and Three.

Supervised Release:    5 years;  3 years on each of Counts One and Three and 5 years on Count Two to run concurrent; Unsupervised provided defendant leaves and does not re-enter the U.S..

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Submit to a search of your person, residence, place of business, etc.

    Cooperate in the collection of DNA.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $300.00.

Forfeiture pursuant to:    Indictment and Plea Agreement.

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:    Defendant is advised of right to appeal.